# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Mark E. Herman,**

                      **Chapter 7**

        **Debtor.**               **Bankruptcy No. 18-40752**

---

**James L. Snyder, United States Trustee,**

        **Plaintiff,**             **Adv. No. 18-04108**

**vs.**

**Mark E. Herman,**

        **Defendant.**

---

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

---

Pursuant to Fed. R. Bankr. P. 7041(a)(1)(ii), the plaintiff and the defendant, by and through their undersigned counsel, hereby file a Stipulation of Dismissal of Adversary Proceeding and agree as follows:

1. On August 9, 2018, the plaintiff initiated the above captioned adversary proceeding by filing a Complaint for Revocation of Discharge.

2. After engaging in discovery and settlement negotiations, the plaintiff and the defendant stipulate to dismissal of the Complaint.

3. Nothing has been promised to the plaintiff in consideration of the dismissal of the adversary proceeding.

4. The plaintiff and the defendant understand and agree that each party shall bear its own

attorney fees and costs.

5. This Stipulation constitutes the entire agreement between the plaintiff and the defendant. All prior agreements, if any, regarding the subject matter of this Stipulation, whether oral or in writing, are merged herein.

|  |  |  |
|---|---|---|
|  |  | **JAMES L. SNYDER**<br>**ACTING UNITED STATES TRUSTEE**<br>**REGION 12** |
| Dated: May 28, 2019 | By: | /e/ Colin Kreuziger<br>Colin Kreuziger<br>Trial Attorney<br>Office of the U.S. Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Tele: (612) 334-1350<br>Fax: (612) 335-4032<br>MN Atty. No. 0386834<br>*Attorneys for Plaintiff* |
|  |  | **SRCARLSONLAW LLC** |
| Dated: May 28, 2019 | By: | Scott R. Carlson (#192284)<br>SRCARLSONLAW LLC<br>2700 W. 59th Street<br>Minneapolis, MN 55410<br>(612) 207-0120<br>scott@srcarlsonlaw.com<br>*Attorneys for Defendant* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Mark E. Herman,**

                             **Chapter 7**

        **Debtor.**                    **Bankruptcy No. 18-40752**

---

**James L. Snyder, United States Trustee,**

        **Plaintiff,**                  **Adv. No. 18-04108**

**vs.**

**Mark E. Herman,**

        **Defendant.**

---

## UNSWORN CERTIFICATE OF SERVICE

---

The undersigned declares under penalty of perjury that on May 28, 2019, she caused to be filed electronically the following, thereby generating electronic service upon all entities registered as CM/ECF users in this case: Notice of Dismissal of Adversary Proceeding. She also served the defendant, the defendant's attorney, and the chapter 7 trustee in the defendant's bankruptcy case by first class mail at the addresses stated below:

MARK E HERMAN
1820 GIRARD AVENUE SOUTH
Minneapolis, MN 55403

Scott R. Carlson
SRCARLSONLAW LLC
2700 W. 59th Street
Minneapolis, MN 55410

Nauni Jo Manty
Manty & Associates PA
401 Second Avenue North
Suite 400
Minneapolis, MN 55401

Executed on: May 28, 2019

**/e/ Audrey Williams**
**Audrey Williams**
**Office of the United States Trustee**